# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **AIDAR SANDYBAYEV,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-358-PRW** |
| | ) | |
| **FRED FIGUEROA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Before the Court is Petitioner's Motion to Appear *Pro Hac Vice*. (Doc. 10). Petitioner's proposed counsel, Edgar Loy Fankbonner, represents that he is a member in good standing of the New York State Bar. (*Id.* at 1). He has paid this district's *pro hac vice* filing fee. (*Id.*, *docket entry*). He represents that he is familiar with the local rules of this Court. (*Id.*, at Ex. 1, at 1).

Upon consideration, the Court **GRANTS** Petitioner's motion.

IT IS SO ORDERED this 17th day of March, 2026.

_____
AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE